**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**THE CADLE COMPANY,**

    **Plaintiff,**

**v.**              **406CV255**

**HAROLD R. BEURY and SANDRA J. BEURY,**

    **Defendants.**

## ORDER

The Court has been advised that the above action has been settled. Accordingly, this case is ***DISMISSED WITH PREJUDICE***, except that the Court expressly retains jurisdiction to enforce any settlement agreement filed by the parties no later than 30 days from the date this Order is served. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

This 27 day of June, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA